**Order entered April 20, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00052-CV

### SHAMIM CHOWDHURY AND LIZA CHOWDHURY, Appellants

### V.

### MATT SANDERS AND DRY FORCE, LLC, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19347**

## ORDER

Before the Court is appellants' April 16, 2020 motion for an extension of time to file their corrected brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellants on March 26, 2020 filed as of the date of this order.

/s/    KEN MOLBERG
       JUSTICE